UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:11-cv-116 ) |
| LISA JACKSON, Administrator of the United States Environmental Protection Agency, | ) ) ) |
| Defendant. | ) ) ) |

**UNITED STATES' NOTICE OF FILING CERTIFIED INDEX**

Respondent the United States Environmental Protection Agency hereby files the attached Certified Index in this action. The indexed documents are also included as attachments. Please note that index document #17 has been redacted to remove discussion of facilities that are not at issue in this case.

Respectfully submitted,

  /s/ Matthew R. Oakes
MATTHEW R. OAKES
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone: (202) 514-2686
Fax: (202) 514-8865
Matthew.Oakes@usdoj.gov

DATED: November 23, 2011

1

OF COUNSEL:

AMY BRANNING
U.S. Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Ave., N.W.
Washington, DC 20460
Tel:  (202) 564-1744

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 23, 2011, the foregoing United States' Notice of Filing Certified Index was filed electronically with the Clerk of the Court using the Electronic Court Filing System, which will send notification of said document to the attorneys who have registered as CM/ECF participants and entered an appearance in this case.

                                  */s/ Matthew R. Oakes*
                                  Matthew R. Oakes