UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, </br></br> Plaintiff, </br></br> v. </br></br> LISA JACKSON, Administrator of the United States Environmental Protection Agency, </br></br> Defendant. | ) ) ) ) ) ) Case No. 3:11-cv-116 ) ) ) ) ) ) ) |

## CERTIFIED INDEX

I, Cheryl L. Newton, am the Director of the Air and Radiation Division in Region 5 of the United States Environmental Protection Agency (EPA).

I certify that the attached index lists my declaration and documents upon which EPA's explanation for the agency action allegedly unreasonably delayed, as alleged in the complaint, is based.

In witness thereof, I have signed my name this 22nd day of November 2011, at the EPA facility in Chicago, Illinois.

Cheryl L. Newton
Director
Air and Radiation Division
U.S. EPA, Region 5
77 West Jackson Boulevard
Chicago, IL 60604-3507