CERTIFIED INDEX

| Number | Description | Date |
|---|---|---|
| 1 | EPA Order Granting in Part and Denying in Part Petition for Objection to Permit (the Alliant Energy (formerly Wisconsin Power and Light (WPL)) Columbia Generating Station (Columbia) Title V permit) | October 8, 2009 |
| 2 | Series of emails between Steve Dunn (Wisconsin Department of Natural Resources (WDNR)) and Susan Castellanos (Region 5 Air Permitting Section (R5 APS) staff) regarding scheduling a meeting to discuss the Order | November 10, 2009 |
| 3 | Email from Steve Dunn (WDNR) to Susan Castellanos (R5 APS) with questions about the Order | November 16, 2009 |
| 4 | Email confirmation of meeting with WDNR and Region 5, with EPA Office of Air Quality Planning and Standards, Office of Enforcement and Compliance Assurance, and Office of General Counsel (by phone) to discuss WDNR's questions on the Order | November 19, 2009 |
| 5 | EPA Notice and Finding of Violation Concerning Nelson Dewey, Columbia, and Edgewater Generating Stations | December 14, 2009 |
| 6 | Email to Andy Stewart (WDNR) from Susan Castellanos (R5 APS) regarding "placeholder" language for addressing the Order[1] | January 28, 2010 |
| 7 | Letter to Cheryl Newton, Director, EPA Region 5 Air and Radiation Division (R5 Air Director), from John H. Melby, Director, WDNR, regarding WDNR's progress on revising the Columbia permit | February 10, 2010 |
| 8 | Email from John Melby (WDNR Director) to Cheryl Newton (R5 Air Director) stating that he is meeting with Alliant Energy, owner/operator of Columbia | July 21, 2010 |
| 9 | WDNR, "Public Notice of an Air Pollution Permit Application Review" for an Air Pollution Part 70 source operation permit revision no. 111003090-P23 and construction permit 10-KLF-055 for WPL - Columbia Energy Center | September 23, 2010 |
| 10 | Letter from Cheryl Newton (R5 Air Director) to John Melby (WDNR Director) stating that EPA Region 5 does not believe that WDNR's September 23 draft permits are responsive to EPA's Order | November 24, 2010 |
| 11 | Email to Andy Stewart (WDNR) from Susan Kraj (formerly Susan Castellanos, R5 APS) regarding "placeholder" language[2] | February 17, 2011 |

---

[1] EPA includes this document in this index for the sole purpose of showing ongoing discussions between WDNR and EPA Region 5 to address EPA's October 8, 2009 Order. The document does not represent or in any way speak to the Agency's final and official position on any issue discussed in the document.

| 12 | Emails from Andy Stewart (WDNR) to Susan Kraj (R5 APS) forwarding a draft revised Title V permit for Columbia and describing the progress of WDNR's revision | April 29, 2011, and April 30, 2011 |
|---|---|---|
| 13 | Emails between Andy Stewart (WDNR) and Susan Kraj R5 APS) scheduling a call that day to discuss a draft revised Title V permit for Columbia | May 05, 2011 |
| 14 | WDNR, " Public Notice of an Air Pollution Permit Application Review" for Air Pollution Part 70 source operation permit revision no. 111003090-P26 for WPL-Columbia Energy Center | May 26, 2011 |
| 15 | Letter from Bender, McGillivray Westerberg & Bender LLC, on behalf of Sierra Club, to Andrew M. Stewart, WDNR, Re: Comments on Permit 111003090-P21; 111003090-P26 for the Columbia Generating Station | June 27, 2011 |
| 16 | Letter from Douglas R. Kopp, Alliant Energy to Andrew M. Stewart, WDNR, Re: Proposed Significant Revision of the Operation Permits for the Columbia Energy Center - Permit No. 111003090-P26 | June 27, 2011 |
| 17 | Emails and calendar entries regarding calls on July 12, August 16, August 30, September 6, October 5, October 18, November 3, and November 18, 2011 between WDNR and R5 APS staff to discuss outstanding petition response Orders, including the Columbia Order | July 12, August 2-3, September 2 and 6, October 5, October 18, November 3, and November 18, 2011 |
| 18 | Declaration from Cheryl L. Newton | November 29, 2011 |

---

[2] EPA includes this document in this index for the sole purpose of showing ongoing discussions between WDNR and EPA Region 5 to address EPA's October 8, 2009 Order.  The document does not represent or in any way speak to the Agency's final and official position on any issue discussed in document.