IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIERRA CLUB,

                  Plaintiff,

v.

LISA JACKSON,

                  Defendant.

AMENDED SCHEDULING ORDER

11-cv-116-wmc

---

On August 8, 2012 the court held an unrecorded telephonic status and scheduling conference. Plaintiff appeared by David Bender. Defendant appeared by Matthew Oakes. In light of the court's July 16, 2012 order governing discovery (dkt. 19), the court set the new schedule as follows:

    1. Plaintiff's deadline to submit discovery requests to the court: October 1, 2012

                  Government opposition: October 12, 2012

                  Plaintiff's Reply: October 12, 2012

    2. Deadline for Filing Dispositive Motions: February 15, 2013

    3. Bench Trial: July 15, 2013 at 9:00 a.m.

Other than these date changes, the preliminary pretrial conference order and attachments remain in full effect.

    Entered this 8th day of August, 2012.

                  BY THE COURT:

                  /s/

                  STEPHEN L. CROCKER
                  Magistrate Judge