IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Cause No. 3:11-cv-0116-wmc |
| LISA JACKSON, Administrator of the ) | |
| United States Environmental Protection ) | |
| Agency, ) | |
| Defendant. ) | |

_____

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
_____

Plaintiff, Sierra Club, and Defendant, Administrator Lisa Jackson, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY STIPULATE AND AGREE to the dismissal of this action without prejudice and without costs to either party.

This dismissal is in anticipation of a resolution between the parties and other interested entities expected to be filed separately under a different caption. *See Sierra Club v. Wisconsin Power and Light Co.*, Case 3:10-cv-511-wmc, Dkt. # 61, Settlement Framework (filed under seal) at p. 8 (discussing impacts of that settlement on this case).

Respectfully submitted this 14th day of February, 2013.


BY THE PLAINTIFF:

                                                               MCGILLIVRAY WESTERBERG & BENDER LLC

                                                                */s/ David C. Bender*

                                                                David C. Bender
                                                                Christa O. Westerberg

        Pamela R. McGillivray
        211 S. Paterson Street, Ste 320
        Madison, WI 53703
        Tel. 608.310.3560
        Fax 608.310.3561
        Email: bender@mwbattorneys.com
               westerberg@mwbattorneys.com
               mcgillivray@mwbattorneys.com

*Attorneys for the Plaintiff Sierra Club*

BY THE DEFENDANT:

        __s/ Matthew R. Oakes_____
        Matthew R. Oakes
        Trial Attorney - Environmental Defense Section
        Environmental and Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Washington, DC 20044
        Phone: (202) 514-2686
        Fax:    (202) 514-8865

*Attorneys for the Defendant Lisa Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of this filing automatically to all counsel of record, including:

Leslie K. Herje leslie.herje@usdoj.gov, USAWIW.EFILE@usdoj.gov

Matthew Robert Oakes matthew.oakes@usdoj.gov

/s/ David C. Bender